# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 27, 2008

136619 & (16)(17)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

LAWRENCE M. CLARKE, INC.,
      Plaintiff-Appellee,

v

SC: 136619
COA: 285567
Monroe CC: 07-022716-CZ

RICHCO CONSTRUCTION, INC.,
RONALD J. RICHARDS, JR., and
THOMAS A. RICHARDS,
      Defendants-Appellants.

_____/

      On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the May 27, 2008 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted. The motion for stay pending appeal is DENIED.

      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 27, 2008

t0624

_____
Clerk